JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT BOHLKE**, individually and on behalf of all others similarly situtuated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**COLLECTO, INC. dba EOS CCA**,<br><br>　　　　　Defendant. | Case no. 2:15-cv-04476-RGK-SS<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE** |

The Court has reviewed the Stipulation to Dismiss of Plaintiff ROBERT BOHLKE and Defendant COLLECTO, INC. dba EOS CCA.  Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiffs' individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff, pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

　　　IT IS SO ORDERED.

Dated:  October 23, 2015　　　　　　_/s/ Gary Klausner_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

{Bohlke - [Proposed] Order;1}